UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.:SA:20-CR-00543(11)-OLG |
| vs. | § | |
| | § | |
| (11) JOSE LUIS NAJERA | § | |
| *Defendant,* | § | |

**ORDER ACCEPTING WAIVER OF
PERSONAL APPEARANCE AT ARRAIGNMENT**

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by

defendant and defendant's attorney, in which defendant affirms:

1. Defendant has received a copy of the charging document;
2. Defendant has read the charging document or had it read to him/her;
3. Defendant understands that he/she has the right to personally appear at arraignment; and
4. Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the

waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.


**IT IS SO ORDERED** this **28th day of January, 2021**.



_____
**RICHARD B. FARRER
UNITED STATES MAGISTRATE
JUDGE**